UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUBB & SON INC., et al.,

                 Plaintiffs,

-against-

MICHAEL J. KELLEHER, et al.,

                 Defendants.
------------------------------------------------------------X
CHUBB & SON INC., et al.,

                 Plaintiffs,

-against-

JAMES KELLEHER, et al.,

                 Defendants.
------------------------------------------------------------X

JUDGMENT
92-CV- 4484 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ 1 9 2006 ★

TIME A.M. _____ P.M. _____

95-CV-0951 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 27, 2005, adopting the Report and Recommendations of Magistrate Judge Robert M. Levy, dated June 18, 2001 and October 5, 2001; (1) ordering that in 92-CV- 4484, plaintiffs be awarded compensatory damages against Ezra Rishty and UIA in the amount of $1,005,982.02 and that pre-judgment interest on that amount be calculated at the New Jersey statutory interest rate described below and accruing on February 16, 1993; (2) awarding plaintiffs in 92-CV- 4484, $10,770,000.00 against defendant Mitchell Shidlofsky and that pre-judgment interest be awarded on the amount of $3,590,000.00 at the New Jersey statutory interest rate described below and accruing on February 16, 1993; and (3) awarding plaintiffs in 95-CV- 0951, compensatory damages in the amount of $70,536.89 against Gales and Elliot Levy and that pre-judgment interest on that amount be calculated at the rate of nine percent 9%) per year, accruing on May 7, 1987; it is

JUDGMENT
92-CV- 4484 (CBA)
95-CV- 0951 (CBA)

ORDERED and ADJUDGED that the Report and Recommendations of Magistrate Judge Robert M. Levy is adopted; that in 92-CV- 4484, plaintiffs are awarded compensatory damages against Ezra Rishty and UIA in the amount of $1,005,982.02 and that pre-judgment interest on that amount be calculated at the New Jersey statutory interest rate described below and accruing on February 16, 1993; (2) that in 92-CV- 4484, plaintiffs be awarded $10,770,000.00 against defendant Mitchell Shidlofsky and that pre-judgment interest be awarded on the amount of $3,590,000.00 at the New Jersey statutory interest rate described below and accruing on February 16, 1993; and (3) that, in 95-CV- 0951, plaintiffs are awarded compensatory damages in the amount of $70,536.89 against Gale and Elliot Levy and that pre-judgment interest on that amount be calculated at the rate of nine percent (9%) per year, accruing on May 7, 1987.

Dated: Brooklyn, New York
       June 16, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court